UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff | : | |
| v. | : | Civil Action No.  ELH-12-3501 |
| $2,200,000.00 in U.S. CURRENCY AND<br>34 MONEY ORDERS AND 102 CHECKS<br>WRITTEN TO M&C WHOLESALE AND<br>DANIEL BOWLES,<br>　　　　Defendant | :<br><br>:<br><br>: | |

: : : : : : : : :

## FIRST AMENDED VERIFIED COMPLAINT FOR FORFEITURE

Plaintiff, United States of America, by its attorneys, Rod Rosenstein, United States Attorney for the District of Maryland, and Evan T. Shea, Assistant United States Attorney, brings this complaint and alleges as follows in accordance with Supplemental Rule G(2) of the Federal Rules of Civil Procedure:

### NATURE OF THE ACTION

1.      This is a civil forfeiture action against property which was furnished or intended to be furnished in exchange for a controlled substance or listed chemical, or constituted proceeds traceable to an exchange of controlled substances or moneys used to facilitate a violation of 21 U.S.C. § 841, and therefore should be forfeited to the United States of America pursuant to 21 U.S.C. § 881(a)(6).

### THE DEFENDANTS IN REM

2.      The defendant property consists of (1) $2,200,000 in United States Currency seized from Wells Fargo bank account #XXXXXXX3269 on July 25, 2012 on (2) 20 checks and 14 money orders seized from 27324 Camino Capistrano, Laguna Niguel, CA, listed in Attachment A on July 25, 2012; (3) 51 checks and 14 money orders seized from 33762 Avenida

1

Calita, San Juan Capistrano, CA on July 25, 2012 listed in Attachment B; and (4) 31 checks and 6 money orders seized on July 27, 2012 and August 1, 2012 from Federal Express packages addressed to Daniel BOWLES and M&C Wholesale listed in Attachment C (together the "Defendant Property").

3. The Defendant Property has been transported to Baltimore, Maryland during the course of a criminal investigation.

## JURISDICTION AND VENUE

4. Plaintiff brings this action *in rem* in its own right to forfeit and condemn the Defendant Property. This Court has jurisdiction over an action commenced by the United States under 28 U.S.C. § 1345, over an action for forfeiture under 28 U.S.C. § 1355(a), and over this particular action under 21 U.S.C. § 881.

5. This Court has *in rem* jurisdiction over the Defendant Property under 28 U.S.C. § 1355(b).

6. Venue is proper in this district pursuant to 28 U.S.C. § 1395 because the property is located in this district and pursuant to 28 U.S.C. § 1355(b) because the criminal conduct giving rise to the forfeiture involves a conspiracy and the agreement was formed in this district and acts in furtherance of that conspiracy occurred in this district.

## BASIS FOR FORFEITURE

7. The Defendant Property is subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6) because it constitutes: (1) money, negotiable instruments, securities and other things of value furnished and intended to be furnished in exchange for a controlled substance in violation of the Controlled Substances Act; (2) proceeds traceable to such an exchange; and (3) money,

negotiable instruments, and securities used and intended to be used to facilitate a violation of the Controlled Substances Act.

## **FACTS**

8.      The forfeiture is based upon, but not limited to, the evidence outlined in the attached Declaration of Thomas Adams, Special Agent of the Drug Enforcement Administration, which is incorporated herein by reference.

**WHEREFORE**, the plaintiff prays as follows:

1. That any person or persons having any interest therein be cited to appear herein and answer the Complaint;

2. That a Warrant of Arrest *in rem* issue to the United States Marshal commanding the arrest of the defendant property;

3. That Judgment of Forfeiture be decreed against the Defendant Property;

4. That upon Final Decree of Forfeiture, the United States Marshal dispose of the defendant property according to law; and

5. That the plaintiff has such other and further relief as the case may require.

Respectfully submitted,

Rod J. Rosenstein
United States Attorney

April 24, 2013                                    /s/_____
Date                                              Evan T. Shea
                                                  Assistant United States Attorney
                                                  36 S. Charles Street
                                                  Fourth floor
                                                  Baltimore, Maryland 21201
                                                  Telephone (410) 209-4800

## **VERIFICATION**

I, Evan T. Shea, declare under penalty of perjury as provided by 28 U.S.C. § 1746, that the foregoing Verified Complaint for Forfeiture is based on reports and information furnished to me by the Drug Enforcement Administration and that everything contained therein is true and correct to the best of my knowledge and belief.

<u>April 24, 2013</u>                                          /s/_____
Date                                                               Evan T. Shea
                                                                      Assistant United States Attorney

<u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that this First Amended Verified Complaint for Forfeiture was filed using CM/ECF on April 24, 2013 and served on all parties electronically via that system.

/s/_____
Evan T. Shea
Assistant United States Attorney
36 South Charles Street
Fourth Floor
Baltimore, MD 21201
410-209-4982

**MEMORANDUM**

DATE: April 24, 2013

TO: Kristine Cupp
U.S. Marshal Service

FROM: Naquita C. Ervin
FSA Paralegal Specialist
U.S. Attorney's Office - District of Maryland

RE: **U.S. v. $2,200,000 U.S. CURRENCY, 34 MONEY ORDERS AND 102 CHECKS WRITTEN TO M&C WHOLESALE AND DANIEL BOWLES**

**Civil Action No.**

**CATS ID          – GC-11-0088**

━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

The United States has filed a forfeiture action against **$2,200,000 U.S. CURRENCY, 34 MONEY ORDERS AND 102 CHECKS WRITTEN TO M&C WHOLESALE AND DANIEL BOWLES.** A copy of the Complaint for Forfeiture is attached.

Notice of this seizure will be published at **www.forfeiture.gov** pursuant to Rule G of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims.

Thank you.


Attachment

| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN |
|---|---|
| PLAINTIFF<br>**UNITED STATES OF AMERICA** | COURT CASE NUMBER |
| DEFENDANT<br>**$2,200,000.00 in U.S. CURRENCY AND 34 MONEY ORDERS AND 102 CHECKS WRITTEN TO M&C WHOLESALE AND DANIEL BOWLES** | TYPE OF PROCESS<br>Verified Complaint in Rem |

**SERVE ▶ AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
**SEE LIST/ GC-11-0088**

ADDRESS (*Street or RFD, Apartment No., City, State, and ZIP Code*)

SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW:

Naquita C. Ervin, FSA Paralegal Specialist
U.S. Attorney's Office
36 S. Charles Street, 4th floor
Baltimore, Maryland  21201

Number of process to be served with this Form - 285

Number of parties to be served in this case

Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Address, All* Telephone Numbers, and Estimated Times Available For Service)

Arrest property.  Fill in the date of arrest in this process receipt and return our copy.

Signature of Attorney or other Originator requesting service on behalf of :

_____*Evan T Shea /s/*_____

TELEPHONE NUMBER
**410-209-4800**

DATE
4/24/13

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated.<br>*(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process<br><br>No._____ | District of Origin<br><br>No._____ | District to Serve<br><br>No._____ | Signature of Authorized USMS Deputy or Clerk<br><br>_____ | Date |

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and  return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*.

Name and title of individual served (*If not shown above*).

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (*complete only if different than shown above*)

Date of Service

Time
am
pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges<br>*(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount Owed to US Marshal or | Amount or Refund |

REMARKS:

PRIOR EDITIONS MAY BE USED      SEND  ORIGINAL + 2 COPIES  to USMS.

**1. CLERK OF  COURT   2. USMS Record  3. Notice of Service  4. Billing Statement  5. Acknowledgment of Receipt**