EXHIBIT B

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA,

     Plaintiff,

v.

$2,200,000.00 U. S. CURRENCY (Bowles),

     Defendant.

Civil No.  1:12-cv-03501-ELH

_____/

AFFIDAVIT OF JAMES R. MCCARTHY, PH.D.
IN SUPPORT OF MOTION TO DISMISS AMENDED COMPLAINT

1.   I am the over the age of 21.

2.   I have personal knowledge of the matters contained within this Affidavit.

3.   I am an independent consultant specializing in the areas of research in organic and medicinal chemistry.

4.   I am a Medicinal Chemist and Research Professor of Chemistry for the Department of Chemistry and Chemical Biology at the Indiana University Purdue University in Indianapolis.

5.   I am the Chief Operating Officer of Avancier Pharmaceuticals, LLC.

6.   My Curriculum Vitae is attached as Exhibit 1.

EXHIBIT 1

# CURRICULUM VITAE

**NAME**        James R. McCarthy, Ph.D.

**ADDRESS**     **Office:**                              **Home:**
IUPUI, Dept. of Chemistry              435 Virginia Ave. #407
402 N. Blackford Street                Indianapolis, Indiana 46203
Indianapolis, Indiana 46202            Phone: 317-636-1663
Phone: 317-274-3642                    Cell: 317-341-4696
Email: jarmccar@iupui.edu              james.ray.mccarthy@gmail.com

**EDUCATION**   B.S. Degree, Arizona State University, 1965
Ph.D. Degree, University of Utah, 1969, under the direction of Professor
Roland K. Robins

## PROFESSIONAL EXPERIENCE

| | |
|---|---|
| 2010 – present | Chief Operating Officer, Avancier Pharmaceuticals, LLC, Indianapolis |
| 2009 - present | Research Professor of Chemistry, Indiana University Purdue University Indianapolis |
| 2002 - 2009 | Distinguished Research Fellow, Eli Lilly and Company, Indianapolis |
| 1999 - 2001 | Research Advisor, Eli Lilly and Company, Indianapolis |
| 1994 - 1999 | Senior Director, Medicinal Chemistry, Neurocrine Biosciences, San Diego |
| 1990 - 1993 | Director, Discovery Chemistry, Marion Merrell Dow, Inc., Cincinnati |
| 1985 - 1990 | Associate Scientist and Group Leader, Chemical Sciences, Merrell Dow Pharmaceuticals, Indianapolis and Cincinnati. |
| 1980 - 1985 | Research Associate, Medicinal Chemistry, Group Leader Cardiovascular Research, Merrell Dow Pharmaceuticals, Indianapolis |
| 1981 | Visiting Scientist, Medical University of South Carolina, Department of Pharmacology. |
| 1979 - 1986 | Adjunct Associate Professor of Chemistry, Indiana University Purdue University Indianapolis. |
| 1976 - 1980 | Research Specialist II, The Dow Chemical Company - Pharmaceutical Division, Midland and Indianapolis, Project Director for Antidepressant Chemistry Program. |

1973 - 1976    Research Specialist I, The Dow Chemical Company - Pharmaceutical Division, Midland, Principal Investigator, National Cancer Institute Contract for Synthesis of Rifamycins.

1970 - 1973    Research Chemist, The Dow Chemical Company - Pharmaceutical Division, Midland and Indianapolis.

1968 - 1970    Research Chemist, Corporate Special Assignments, Dow Chemical Co.

## PROFESSIONAL ORGANIZATIONS

- American Chemical Society, Divisions of Organic Chemistry, Medicinal Chemistry, and Fluorine Chemistry.

## ACADEMIC AWARDS

- Ph.D. degree granted with distinction.
- NSF Undergraduate Summer Research Recipient, 1964.

## RECENT COMMITTEES, CONFERENCES

- Chair, Symposium "Fluorine in Drug Design", American Chemical Society Meeting, Division of Medicinal Chemistry, Chicago, August 21, 1995.
- Member Long Range Planning Committee, Division of Medicinal Chemistry, American Chemical Society, 1994 - 1996.
- Chair, Medicinal Chemistry Gordon Conference 1998.
- Councilor, Division of Medicinal Chemistry, American Chemical Society, 1998 - 2000.
- Co-Chair, Symposium "Chemokine Antagonists as Anti-inflammatory and Antiviral Agents, American Chemical Society Meeting, San Francisco, March 30, 2000.
- Symposium Organizer "Growth Hormone Secretagogues", American Chemical Society Meeting, Division of Medicinal Chemistry, Chicago, August 22, 2001.
- Program Chair, The 29th National Medicinal Chemistry Symposium, University of Wisconsin – Madison, June 27 – July 1, 2004.
- Chair of the Long Range Planning Committee and Vice Chair of the Division of Medicinal Chemistry, American Chemical Society, 2006.
- Program Chair, Division of the Medicinal Chemistry, American Chemical Society, 2007-2008.
- Chair, Division of the Medicinal Chemistry, American Chemical Society, 2009.
- Past Chair, Division of the Medicinal Chemistry, American Chemical Society, 2010.

## EDITORAL BOARD

- Journal of Medicinal Chemistry, 2001 -2005

## PUBLICATIONS

1.    The Preparation of 2',3'-Dideoxyadenosine, 2',5'-Dideoxyadenosine and 2',3',5'-Trideoxyadenosine from 2'-Deoxyadenosine.  Robins, M. J.; McCarthy, J. R.; Robins, R. K. *Biochemistry* **1966**, *5*, 224-231.

2.    Unsaturated Furanosyl Adenine Nucleosides Prepared *via* Base-Catalyzed Elimination Reactions of 2'-Deoxyadenosine Derivatives.  McCarthy, J. R.; Robins, M. J.; Townsend, L. B.; Robins, R. K.  *J. Am. Chem. Soc.* **1966**, *88*, 1549-1553.

3.    The Chemical Transformation of Uridine to an α-L-Lyxo Nucleoside *via* a 4'-Unsaturated Intermediate.  Robins, M. L.; McCarthy, J. R.; Robins, R. K. *J. Heterocycl. Chem.* **1967**, *4*, 313-314.

4.    The Synthesis of Unsaturated Adenine Nucleosides Related to Angustmycin A.  McCarthy, J. R.; Robins, M. J.; Robins, R. K.  *Chem. Commun.* **1967**, 536-537.

5.    The Role of the 5'-Hydroxyl Group of Adenosine in Determining Substrate Specificity for Adenosine Deaminase.  Bloch, A.; Robins, M. J.; McCarthy, J. R.  *J. Med. Chem.* **1967**, *10*, 908-912.

6.    The Synthesis of Angustmycin A (Decoyinine) and Related Unsaturated Nucleosides.  McCarthy, J. R.; Robins, R. K.; Robins, M. J.  *J. Am. Chem. Soc.* **1968**, *90*, 4993-4999.

7.    The Synthesis of Certain Unsaturated and Deoxynucleosides of Biological Interest.  McCarthy, J. R.  Ph.D. Thesis, University of Utah, 1969.  *Diss. Abstr. B* **1969**, *29*, 4595.

8.    A 1,3-Bromine Migration.  The Deamination of 3-Bromo-2,2-bis-(bromo-methyl)propylamine.  Reineke, C. E.; McCarthy, J. R.  *J. Am. Chem. Soc.* **1970**, *92*, 6376-6378.

9.    The Transformation of Formycin and Tubercidin into 2'- and 3'-Deoxynucleosides.  Robins, M. J.; McCarthy, J. R.; Jones, R. A.; Mengel, R.  *Can. J. Chem.* **1973**, *51*, 1313-1321.

10.   Preparation of Some Novel Rifamycins by a Facile Intramolecular Dehydration.  Moore, J. L.; McCarthy, J. R.  *Tetrahedron Lett.* **1976**, 4541-4544.

11.   3-N-Substituted Aminomethyl Derivatives of Rifamycin SV.  McCarthy, J. R.; Moore, J. L.; Wysong, D. V.; Aldrich, C. D. *J. Med. Chem.* **1977**, *20*, 1272-1276.

12.   A Convenient New Method for Converting Aromatic Methyl Ethers to Phenols with Sodium Cyanide - Dimethyl Sulfoxide.  McCarthy, J. R.; Moore, J.L.; Cregge, R. J.  *Tetrahedron Lett.* **1978**, 5183-5186.

13.   The Synthesis of [13]C-Labelled N,N'-Dimethyl-2-naphthalene-ethanimidamide Monohydrochloride, a Potential Psychotherapeutic Agent.  Goralski, C. T.; McCarthy, J. R.; Linowski, J. W.; Nyquast, R. H.; Putzig, C. L.  *J. Labelled Compd. Radiopharm.* **1981**, *18*, 1047-1053.

14. Effects of a Pyridine Derivative Thromboxane Synthetase Inhibitor and its Inactive Isomer in Endotoxic Shock in the Rat.  Anderegg, K.; Anzeveno, P.; Cook, J. A.; Halushka, P. V.; McCarthy, J. R.; Wagner, E.; Wise, W. C.  Br. J. Pharmacol. 1983, 78, 725-732.

15. Synthesis and Chromatographic Separation of the Glucuronides of R and S-Propranolol.  Oatis, J. E., Jr.; Baker, J. P.; McCarthy, J. R.; Knapp, D. R.  J. Med. Chem. 1983, 26, 1687-1691.

16. The Chloromethylation of 1-Bromo-2-Methoxynaphthalene.  A Revised Structure for the Product.  McCarthy, J. R.; Huffman, J. C.  J. Org. Chem. 1984, 49, 4995-4997.

17. A Novel Synthesis of α-Fluoroacetonitriles.  Application to a Convenient Preparation of 2-Fluoro-2-phenethylamines. LeTourneau, M. E.; McCarthy, J. R.  Tetrahedron Lett. 1984, 25, 5227-5230.

18. DAST in Organic Synthesis.  II. The Transformation of  Sulfoxides to α-Fluorothioethers, McCarthy, J. R.; Peet, N. P.; LeTourneau, M. E.; Inbasekaran, M.  J. Am. Chem. Soc. 1985, 107, 735-737.

19. DAST In Organic Synthesis.  III. A Novel and Efficient Synthesis of Fluoromethyl Phenyl Sulfone and Its Use as a Fluoromethyl Wittig Equivalent.  Inbasekaran, M.; Peet, N. P.; McCarthy, J. R.; LeTourneau, M. E.  Chem. Commun., 1985, 678-679.

20. Stereospecific Synthesis of the Four Diastereomeric 2-Amino-5-phenoxycyclopentanols.  McCarthy, J. R.; Wiedeman, P. E.; Schuster, A. J.; Whitten, J.; Barbuch. R. J.  J. Org. Chem. 1985, 50, 3095-3103.

21. A Convenient Synthesis of erythro- and threo-3-Fluorophenylalanine from a Protected Glycine Synthon.  O'Donnell, M. J.; Barney, C.; McCarthy, J. R.  Tetrahedron Lett., 1985, 26, 3067-3070.

22. 6,7-Dihydro-5-(((cis-2-hydroxy-trans-3-phenoxycyclopentyl)amino)methyl)-2-methylbenzo[b]thiophen-4(5H)-one, a Novel Alpha-1 Adrenergic Receptor Antagonist and Renal Vasodilator.  McCarthy, J. R.; Zimmerman, M. B.; Trepanier, D. L.; LeTourneau, M. E.; Wiedeman, P. E.; Whitten, J. P.; Broersma, R. J.; Shea, P. J.  J. Med. Chem. 1985, 28, 1142-1145.

23. Facile Synthesis of the Four 3-Aminocyclopentan-1,2-diol Stereoisomers.  Whitten, J. P.; McCarthy, J. R.; Whalon, M. R.  J. Org. Chem. 1985, 50, 4399-4402.

24. A New Bicyclic Antidepressant Agent.  Synthesis and Activity of Napactadine and Related Compounds.  McCarthy, J. R.; Wright, D. L.; Schuster, A. J.; Abdullah, A. J.; Shea, P. J; Eyster, R.  J. Med. Chem. 1985, 28, 1721-1727.

25. N-Cyanoimidazolium Ylids as a Novel Route to 2-Cyanoimidazoles.  McCarthy, J. R.; Matthews, D. P.; Whitten, J. P.  Tetrahedron Lett. 1985, 26, 6273-6276.

26. Unsaturated Heterocyclic Amines as Potent Time-Dependent Inhibitors of Dopamine β-Hydroxylase.  Bargar, T. M.; Broersma, R. J.; Creemer, L. C.; McCarthy, J. R.; Hornsperger, J. M.; Palfreyman, M.G.; Wagner, J.; Jung, M. J.  J. Med. Chem. 1986, 29, 315-317.

27.   A Convenient Synthetic Route to 2,2'-Biimidazole. D.P. Matthews, Whitten, J. P.; McCarthy, J. R. *Synthesis* **1986**, 336-338.

28.   1-[2-(Trimethylsilyl)ethoxymethyl] (SEM) as a Novel and Effective Imidazole and Fused Aromatic Imidazole Protecting Group. Whitten, J. P.; Matthews, D. P.; McCarthy, J. R. *J. Org. Chem.* **1986**, *51*, 1891-1894.

29.   A Convenient Procedure for the Preparation of 4(5)-Cyanoimidazoles. Matthews, D. P.; Whitten, J. P.; McCarthy, J. R. *J. Org. Chem.* **1986**, *51*, 3228-3231.

30.   Synthesis and Renal Vasodilator Activity of 2-Chlorodopamine and N-Substituted Derivatives. McCarthy, J. R.; McCowan, J.; Zimmerman, M. B.; Wenger, M. *J. Med. Chem.* **1986**, *29*, 1586-1590.

31.   Convenient, One-Step Synthesis of 2-Fluoroveratrole and 2-Fluoroveratraldehyde. Peet, N. P.; McCarthy, J. R.; Sunder, S.; McCowan, J. P. *Synth. Commun.* **1985**, *16*, 1551-1556.

32.   A Facile Synthesis of Aromatic Trifluoromethyl Compounds *via* Orthothio Esters. Matthews, D. P.; Whitten, J. P.; McCarthy, J. R. *Tetrahedron Lett.* **1986**, *27*, 4861-4864.

33.   Stabase-Protected 2-Chloroallylamine: A Useful Synthon for Primary Allylic Amines *via* Nickel Catalyzed Cross Coupling. Bargar, T. M.; McCowan, J. R.; McCarthy, J. R.; Wagner, E. R. *J. Org. Chem.* **1987**, *52*, 678-681.

34.   New Pathway for the Reaction of Difluorocarbene with Imines. McCarthy, J. R.; Barney, C. L.; O'Donnell, M. J.; Huffman, J. C. *Chem. Commun.* **1987**, 469-470.

35.   Halogenation of [2-(Trimethylsilyl)ethoxy]methyl (SEM) Protected 2,2'-Bi-1H-imidazole. Matthews, D. P.; Whitten, J. P.; McCarthy, J. R.. *J. Heterocycl. Chem.* **1987**, *24*, 689-692.

36.   The Synthesis of [13]C-Labelled N,N'-Dimethyl 1-Chloro-2-naphthaleneethanimidamide Monohydrochloride, A Potential Psychotherapeutic Agent. Goralski, C. T.; McCarthy, J. R.; Kracht, W. R.; Nyquist, R. A. *J. Labelled Compd. Radiopharm.* **1987**, *24*, 851-858.

37.   A Facile Synthesis of β-Substituted-α-Allenyl Primary Amines. McCarthy, J. R.; Barney, C. L.; Matthews, D. P.; Bargar, T. M. *Tetrahedron Lett.* **1987**, *28*, 2207-2210.

38.   Metabolism of 2-(2-Thienyl)allylamine Hydrochloride in the Rat: Identification of a Novel Metabolite. Gordon, W. P.; McCarthy, J. R.; Chang, S. Y. *Biochem. Biophys. Res. Commun.* **1987**, *145*, 575-580.

39.   A One Step Synthesis of 4-Substituted Imidazoles. An Important Observation When N-Alkylating Imidazoles. Matthews, D. P.; Whitten, J. P.; McCarthy, J.R.; Barbuch, R. J. *J. Heterocycl. Chem.* **1988**, *25*, 1845-1847.

40.   Highly Effective Mechanism-Based Inactivation of Dopamine β-Hydroxylase by a Novel Ketone Thioacetal. Bargar, T. M.; Broersma, R. J.; Creemer, L.C.; McCarthy, J.R.; Hornsperger, J.-M.; Attwood, P.; Wagner, J.; Jung, M. J. *J. Am. Chem. Soc.* **1988**, *110*, 2975-2976.

41.  Cyanogen Bromide/Dimethylaminopyridine (CAP), A Convenient Source of "Positive Cyanide" for the Synthesis of 2-Cyanoimidazoles. Whitten, J. P.; McCarthy, J. R.; Matthews, D. P. *Synthesis* **1988**, 470-472.

42.  4',5'-Unsaturated-5-Fluoro Adenosine Nucleosides: Potent Mechanism-Based Inhibitors of S-Adenosyl-L-homocysteine Hydrolase and Anti-Retroviral Agents. McCarthy, J. R.; Jarvi, E. T.; Matthews, D. P.; Edwards, M. L.; Prakash, N. J.; Bowlin, T. L.; Mehdi, S.; Sunkara, P. S.; Bey, P. *J. Am. Chem. Soc.* **1989**, *111*, 1127-1128.

43.  A Convenient Synthetic Access to β,β-Difluoro-γ-keto-α-amino Acids. Application to the Synthesis of a Potential Inhibitor of Kynureninase. Whitten, J. P.; Barney, C. L.; Huber, E. W.; Bey, P.; McCarthy, J. R. *Tetrahedron Lett.* **1989**, *30*, 3649-3652.

44.  Synthesis and Cardiotonic Activity of Novel Biimidazoles. Matthews, D. P.; McCarthy, J. R.; Whitten, J. P.; Kastner, P. R.; Barney, C. L.; Marshall, F.; Ertel, M.A.; Burkhard, T.; Shea, P. J.; Kariya, T. *J. Med. Chem.* **1990**, *33*, 317-327.

45.  A New Synthesis of 2-Fluoro-1-olefins. McCarthy, J. R.; Matthews, D. P.; Barney, C. L. *Tetrahedron Lett.* **1990**, *31*, 973-976.

46.  Antimalarial Activity of 4',5'-Unsaturated 5'-Fluoroadenosine Mechanism-Based Inhibition of S-Adenosyl-L-homocysteine Hydrolase. Bitonti, A. J.; Baumann, R. J.; Jarvi, E. T.; McCarthy, J. R.; McCann, P. P. *Biochem. Pharm.* **1990**, *40*, 601-606.

47.  1-(Thienylethyl)imidazol-2(3H)-thiones As Potent Competitive Inhibitors of Dopamine β-Hydroxylase. McCarthy, J. R.; Matthews, D. P.; Broersma, R. J.; McDermott, R. D.; Kasther, P. R.; Hornsperger, J. M.; Demeter, D. A.; Weintraub, H. J. R.; Whitten, J. P. *J. Med. Chem.* **1990**, *33*, 1866-1873.

48.  The Mechanism of Inhibition of S-Adenosyl-L-homocysteine Hydrolase by Fluorine-Containing Adenosine Analogs. Mehdi, S.; Jarvi, E.T.; Koehl, J. R.; McCarthy, J. R.; P. Bey, P. *J. Enzyme Inhib.* **1990**, 1-13.

49.  Addition of α-Oxyradicals to 1-Fluoro-1-phenylsulfonylethylene. Matthews, D. P.; McCarthy, J. R. *J. Org. Chem.* **1990**, *55*, 2973-2975.

50.  Stereospecific Synthesis of Secondary Amines by the Mitsunobu Reaction. Edwards, M. L.; Stemerick, D. M.; McCarthy, J. R. *Tetrahedron Lett.* **1990**, *31*, 3417-3420.

51.  A Convenient Synthesis of Hindered Amines and α-Trifluoromethylamines from Ketones. Barney, C. L.; Huber, E. W.; McCarthy, J. R. *Tetrahedron Lett.* **1990**, *31*, 5547-5550.

52.  A New Route to Vinyl Fluorides. McCarthy, J. R.; Matthews, D. P.; Edwards, M. L.; Stemerick, D. M.; Jarvi, E. T. *Tetrahedron Lett.* **1990**, *31*, 5449-5452.

53.  Difluoromethyldiphenylphosphine Oxide. A New Reagent for Conversion of Carbonyl Compounds to 1,1-Difluoro olefins. Edwards, M. L.; Stemerick, D. M.; Matthews, D. P.; Jarvi, E. T.; McCarthy, J. R. *Tetrahedron Lett.* **1990**, *31*, 5571-5574.

54. Terminal Fluoroolefins: Synthesis and Application to Mechanism-Based Enzyme Inhibition. Bey, P.; McCarthy, J. R.; McDonald, I. A. In *Effects of Selective Fluorination on Reactivity*, ACS Symposium No. 456, American Chemical Society, Washington, DC, 1991; Chapter 8, pp. 105-133.

55. 4',5'-Unsaturated-5'-Halogenated and 5'-Deoxy-5',5-Difluoronucleosides as Inhibitors of S-Adenosyl-L-Homocysteine Hydrolase. Jarvi, E. T.; McCarthy, J. R.; Matthews, D. P.; Edwards, M. L.; Prakash, N. J.; Bowlin, T. L.; Mehdi, S.; Sunkara, P. S.; Bey, P. *J. Med. Chem.* **1991**, *34*, 647-656.

56. Stereospecific Method to (*E*)- and (*Z*)-Terminal Fluoroolefins and its Application to the Synthesis of 2'-deoxy-2'-fluoromethylenenucleosides as Inhibitors of Ribonucleoside Diphosphate Reductase. McCarthy, J. R.; Matthews, D. P.; Stemerick, D. M.; Huber, E. W.; Bey, P.; Lippert, B. J.; Snyder, R. D.; Sunkara, P. S. *J. Am. Chem. Soc.* **1991**, *113*, 7439-7440.

57. Terminal Difluoro Olefin Analogs of Squalene are Mechanism-Based Inhibitors of Squalene Epoxidase. Moore, W. R.; Schatzman, G. L.; Jarvi, E. T.; Gross, R. S.; McCarthy, J. R. *J. Am. Chem. Soc.* **1992**, *114*, 360-361.

58. Antiretroviral Activity of Mechanism-Based Irreversible Inhibitors of S-Adenosylhomocysteine Hydrolase. Prakash, N. J.; Davis, G. F.; Jarvi, E. T.; Edwards, M. L.; McCarthy, J. R.; Bowlin, T. L. *Life Sciences* **1992**, *50*, 1425-1435.

59. A New Route to 1,1-Difluoro Olefins: Application to the Synthesis of 2'-Deoxy-2'-Difluoromethylene Nucleosides. Sabol, J. S.; McCarthy, J. R. *Tetrahedron Lett.* **1992**, *33*, 3101-3104.

60. N-(1-Oxododecyl)-4α,10-dimethyl-8-aza-trans-decal-3β-ol: A Potent Competitive Inhibitor of 2,3-Oxidosqualene Cyclase. Wannamaker, M. W.; Waid, P. P.; Van Sickle, W. A.; McCarthy, J. R.; Wilson, P. K.; Schatzman G. L., Moore, W. R. *J. Med. Chem.* **1992**, *35*, 3581-3583.

61. (*E*)-and (*Z*)-5'-Fluoro Olefin Carbocyclic Nucleosides: Effect of Olefin Geometry on Inhibition of S-Adenosyl-L-Homocysteine Hydrolase. Matthews, D. P.; Edwards, M. L.; Mehdi, S.; Koehl, J. R.; Wolos, J. A.; McCarthy, J. R. *Bioorg. Med. Chem. Lett.*, **1993**, *3*, 165-168.

62. A New Method for the Electrophilic Fluorination of Vinyl Stannanes. Matthews, D. P.; Miller, S. C.; Jarvi, E. T.; Sabol, J. S.; McCarthy, J. R. *Tetrahedron Lett.* **1993**, *34*, 3057-3060.

63. Improved Synthesis of (*E*)-2'-Deoxy-2'-(Fluoromethylene)Cytidine - A Potent Inhibitor of Ribonucleotide Diphosphate Reductase. Matthews, D. P.; McCarthy, J. R. *Nucleosides Nucleotides* **1993**, *12*, 115-123.

64. Reaction of Sulfoxides with Diethylaminosulfur Trifluoride: Preparation of Fluoromethyl Phenyl Sulfone, a Reagent for the Synthesis of Fluoroalkenes. McCarthy, J. R.; Matthews, D. P.; Paolini, J. P. *Org. Synth.* **1993**, *72*, 209-215.

65. Stereospecific Synthesis of 2,2-Disubstituted-1-Fluoroalkenes: (*E*)-[[Fluoro(2-phenylcyclohexylidene)methyl]sulfonyl]benzene. McCarthy, J. R.; Matthews, D. P.; Paolini, J. P. *Org. Synth.* **1993**, *72*, 216-224.

66. Selective Inhibition of T-Cell Activation by an Inhibitor of S-Adenosyl-Homocysteine Hydrolase. Wolos, J. A.; Frondorf, K. A.; Davis, G. F.; Jarvi, E. T.; McCarthy, J. R.; Bowlin, T. L. *J. Immunol.* **1993**, *150*, 3264-3273.

67. A New Method to (*E*)- and (*Z*)-Fluorovinyl Phosphonates Utilizing Palladium (0) Coupling Methodology: Application to the Synthesis of Potential Inhibitors of Inositol Synthase . Gross, R. S.; Mehdi, S.; McCarthy, J. R. *Tetrahedron Lett.* **1993**, *34*, 7197-7200.

68. A Convenient Route to 2'-Allenyl Nucleosides. Jarvi, E. T.; McCarthy, J. R. *Nucleosides Nucleotides* **1994**, *13*, 585-598.

69. A New Route to 2-Fluoro-1-Olefins Utilizing a Synthetic Equivalent for the 1-Fluorethene Anion. Matthews, D. P.; Gross, R. S.; McCarthy, J. R. *Tetrahedron Lett.* **1994**, *35*, 1027-1030.

70. Regression of Human Breast Tumor Xenografts in Response to (*E*)-2'-Deoxy-2'(fluoromethylene)cytidine, an Inhibitor of Ribonucleotide Reductase. Bitonti, A. J.; Dumont, J. A.; Bush, T. L.; Cashman, E. A.; Cross-Doersen, D. E.; Wright, P. S.; Matthews, D. P.; McCarthy, J. R.; Kaplan, D. A. *Cancer Res.* **1994**, *54*, 1485-1490.

71. The Synthesis of (1-Fluorovinyl)tributyltin: A Synthetic Equivalent for the 1-Fluoroethene Anion. Mathews, D. P.; Waid, P. P.; Sabol, J. S.; McCarthy, J. R. *Tetrahedron Lett.* **1994**, *35*, 5177-5180.

72. Use of the Mitsunobu Reaction in the Synthesis of Polyamines. Edwards, M. L.; Stemerick, D. M.; McCarthy, J. R. *Tetrahedron* **1994**, *50*, 5579-5590.

73. Improved Synthesis of Fluoromethyl Phenyl Sulfone. Matthews, D. M.; Persichetti, R. A.; McCarthy, J. R. *Org. Prep. Proced. Int.* **1994**, *26*, 605-608.

74. Design, Synthesis and Antitumor Activity of an Inhibitor of Ribonucleotide Reductase. McCarthy, J. R.; Sunkara, P. S. In *Chemical and Structural Approaches to Rational Drug Design*; Williams, W. V.; Weiner, D. B. Eds.; CRC Press: Boca Raton, 1995; Chapter 1, pp. 3-34.

75. Heterogeneity of Corticotropin Releasing Factor Receptors: Multiple Targets for the Treatment of CNS and Inflammatory Disorders. De Souza, E. B.; Lovenberg, T. W.; Chalmers, D. T.; Grigoriladis, D. E.; Liaw, C. W.; Behan, D. P.; McCarthy, J. R. *Ann. Rep. Med. Chem.* **1995**, *30*, 21-30.

76. Corticotropin-Releasing Factor Receptors: Inhibitors, Subtypes, Pharmacology, Localization, and Their Role in Central Nervous System Function. Lovenberg, T. W.; Grigoriadis, D. E.; Chalmers, D. T.; McCarthy, J. R.; De Souza, E. B. *Curr. Pharm. Des.* **1995**, *1*, 305-316.

77. A Convenient Synthetic Method for Trisubstituted s-Triazines. Chen, C.; Dagnino, R., Jr.; McCarthy, J. R. *J. Org. Chem.* **1995**, *60*, 8428-8430.

78. Stereospecific Synthesis of 1-Fluoro Olefins *via* (Fluorovinyl)stannanes and an Unequivical NMR Method for the Assignment of Fluoro Olefin Geometry. McCarthy, J. R.; Huber, E. W.; Le T. -B., Laskovics, F. M.; Matthews, D. P. *Tetrahedron (Symposium-in-Print)*, **1996**, 52, 45-58.

79. A New Route to 1,1-Difluoroolefins from Carboxylic Acids. Kim, K.-I.; McCarthy, J. R. *Tetrahedron Lett.* **1996**, 37, 3223-3226.

80. Rapid Microscale Synthesis, A New Method for Lead Optimization using Robotics and Solution Phase Chemistry: Application to the Synthesis and Optimization of Corticotropin Releasing Factor$_1$ Receptor Antagonists. Whitten, J. P.; Xie, Y. F.; Erickson, P. E.; Webb, T. R.; De Souza, E. B.; Grigoriadis, D. E.; McCarthy, J. R. *J. Med. Chem.* **1996**, 39, 4354-4357.

81. Design and Synthesis of a Series of Non-Peptide High Affinity Human Corticotropin-Releasing Factor$_1$ (CRF$_1$) Receptor Antagonists. Chen, C.; Dagnino, R.; De Souza, E. B.; Grigoriadis, D. E.; Huang, C. Q.; Kim, K.-I.; Whitten, J. P.; Xie, Y. F.; McCarthy, J. R. *J. Med. Chem.* **1996**, 39, 4358-4360.

82. Design of a Fluoro-olefin Cytidine Nucleoside as a Bioprecursor of a Mechanism-Based Inhibitor of Ribonucleotide Reductase. McCarthy, J. R.; Sunkara, P. S.; Matthews, D. P.; Bitonti, A. J.; Jarvi, E. T.; Sabol, J. S.; Resvick, R. J.; Huber, E. W.; van der Donk, W. A.; Yu, G.; Stubbe, J. In *Biomedical Frontiers of Fluorine Chemistry*; I Ojima, I.; McCarthy, J. R.; Welch, J. T., Eds.; ACS Symposium Series 639, American Chemical Society, Washington, DC, 1996; Chapter 18, pp. 246-264.

83. Inactivation of Ribonucleotide Reductase by (*E*)-2'-Fluoromethylene-2'-deoxycytidine 5'-diphosphate: A Paradigm for Nucleotide Mechanism Based Inhibitors. van der Donk, W. A.; Yu, G.; Silva, D. J.; Stubbe, J.; McCarthy, J. R.; Jarvi, E. T.; Matthews, D. P.; Resvick, R. J.; Wagner, E. *Biochemistry,* **1996**, 35, 8381-8391.

84. Palladium/Copper (I) Halide-Cocatalyzed Stereospecific Coupling of 1-Fluorovinylstannanes with Aryl Iodides and Acyl Chlorides. Chen, C.; Wilcoxen, K.; Kim, K.-I.; McCarthy, J. R. *Tetrahedron Lett.* **1997**, 38, 7677-7680.

85. Rapid Microscale Synthesis: Solution Phase Parallel Synthesis of a Library of Piperazines and Piperidines Using a Water Soluble Base. Xie, Y. F.; Whitten, J. P.; Chen, T. Y.; Liu, Z.; McCarthy, J. R. *Tetrahedron (Symposium-in-Print)* **1998**, 54, 4077-4084.

86. A Convenient One-Pot Synthesis of 4-Amino-3-arylpyrazoles from $\alpha$-Phthaloylaminoacetophenones. Chen, C. C.; Wilcoxen, K.; McCarthy, J. R. *Tetrahedon Lett.* **1998**, 39, 8229-8232.

87. Characterization of a Substrate-Derived Radical Detected during the Inactivation of Ribonucleotide Reductase from *Escherichia coli* by 2'-Fluormethylene-2'-deoxycytidine 5'-Diphosphate. Gerfen, G. J.; van der Donk, W. A.; Yu, G.; McCarthy, J. R.; Jarvi, E. T.; Matthews, D. P.; Farrar, C.; Griffin, R. G.; Stubbe, J. *J. Am. Chem. Soc.* **1998**, 120, 3823-3835.

88. Terminal Fluoro Olefins. Synthesis of Novel Carbocyclic Nucleosides. Sabol, J. S.; McCarthy, J. R. *Nucleosides Nucleotides* **1998**, *17*, 1099-1113.

89. A New Method for the Synthesis of Ketones: The Palladium-Catalyzed Cross- Coupling of Acid Chlorides with Arylboronic Acids. Haddach, M.; McCarthy, J. R. *Tetrahedron Lett.* **1999**, *40*, 3109-3112.

90. Synthesis of Fluorinated Olefins *via* the Palladium Catalyzed Cross-Coupling Reaction of 1-Fluorovinyl Halides with Organoboranes. Chen, C.; Wilcoxen, K.; Strack, N.; McCarthy, J. R. *Tetrahedron Lett.* **1999**, *40*, 827-830.

91. Coupling of 2-Substituted-1-Fluorovinylstannanes with Organic Halides Catalyzed by Palladium(0)/Copper(I) Iodide. A Mild and Stereospecific Method to Monofluoroolefins. Chen, C.; Wilcoxen, K.; Zhu, Y.-F.; Kim, K.; McCarthy, J. R. *J. Org. Chem.* **1999**, *64*, 3476-3482.

92. Diphenyl 2-pyridylphosphine and Di-tert-butyl Azodicarboxylate: Convenient Reagents for the Mitsunobu Reaction. Kiankarimi, M.; Lowe, R.; McCarthy, J. R.; Whitten, J. P. *Tetrahedron Lett.* **1999**, *40*, 4497-4500.

93. Recent Advances with the $CRF_1$ Receptor: Design of Small Molecule Inhibitors, Receptor Subtypes and Clinical Indications. McCarthy, J. R.; Heinrichs, S. C.; Grigoriadis, D. E. *Curr. Pharm. Des.* **1999**, *5*, 289-315.

94. Recent Progress in Corticotropin-Releasing Factor Receptor Agents. McCarthy, J. R.; Heinrichs, S. C.; Grigoriadis, D. E. *Ann. Rep. Med. Chem.* **1999**, *34*, 11-20.

95. New Methods for the Synthesis of Fluoroolefins *via* the Palladium Catalyzed Cross-Coupling of 1-Fluorovinyl Halides with Organoboranes and Organostannanes. Chen, C.; Wilcoxen, K.; Huang, C. Q.; Strack, N.; McCarthy, J. R. *J. Fluorine Chem.* **2000**, *101*, 285-290.

96. Nickel(0)-Catalyzed Coupling of Vinylzirconiums to $\alpha$-Bromo-$\alpha$,$\alpha$-difluoro Esters. Convenient Generation of a Functionalized Allydilfluoro Moiety. M.K. Schwaebe, J.R. McCarthy, J.P. Whitten. *Tetrahedron Lett.* **2000**, *41*, 791-794.

97. An Efficient Acylation/Base-Catalyzed Cyclization of Thioureas Affords N,N'-Disubstituted Thiobarbituric Acids. Heath, P. C.; Huang, C. Q.; Lowe, R. F.; McCarthy, J. R.; Weigel, L. O.; Whitten, J. P. *Tetrahedron Lett.* **2001**, *42*, 1607-1610.

98. The Design and Synthesis of 2-Methyl-2-{4-[2-(5-methyl-2-aryloxazol-4-yl)ethoxy]phenoxy}propionic acids: A New Class of Dual PPAR$\alpha$/$\gamma$ Agonists. Brooks, D. A.; Etgen, G. J.; Rito, C. J.; Shuker, A. J.; Dominianni, S. J.; Warshawsky, A. M.; Ardecky, R.; Paterniti, J. R.; Tyhonas, J.; Montrose-Rafizadeh, C.; Winneroski, L. L.; Faul, M. M.; McCarthy, J. R. *J. Med. Chem.* **2001**, *44*, 2061-2064.

99. 1-Alkyl-3-amino-5-aryl-1H-[1,2,4]triazoles: Novel Synthesis *via* Cyclization of N-Acyl-S-methylisothioureas with Alkylhydrazines and Their Potent Corticotropin-Releasing Factor-1 ($CRF_1$) Receptor Antagonist Activities. Chen, C.; Dagnino, R.; Huang, C. Q.; McCarthy, J. R.; Grigoriadis, D. E. *Bioorg. Med. Chem. Lett.* **2001**, *11*, 3165-3168.

100. Urocortin Shares the Memory Modulating Effects of Corticotropin-Releasing Factor (CRF): Mediation by CRF1 Receptors.  Zorrilla, E. P.; Schulteis, G.; Ormsby, A.; Klaassen, A.; Ling, N.; McCarthy, J. R.; Koob, G. F.; De Souza, E. B. *Brain Res.*, **2002** *952*, 200-210.

101. A Tailored Therapy for the Metabolic Syndrome: The Dual Peroxisome Proliferator-Activated Receptor-$\alpha/\gamma$ Agonist LY465608 Ameliorates Insulin Resistance and Diabetic Hyperglycemia While Improving Cardiovascular Risk Factors in Preclinical Models.  Etgen, G. J.; Oldham, B. A.; Johnson, W. T.; Broderick, C. L.; Montrose, C. R.; Brozinick, J. T.; Misener, E. A.; Bean, J. S.; Bensch, W.R.; Brooks, D. A.; Shuker, A. J.; Rito, C. J.; McCarthy, J. R.; Ardecky, R. J.; Tyhonas, J. S.; Dana, S. L.; Bilakovics, J. M.; Paterniti, J. R., Jr., Ogilvie, K. M.; Liu, S.; Kauffman, R. F. *Diabetes* **2002**, *51*, 1083-1087.

102. Application of the Dakin-West Reaction for the Synthesis of Oxazole-Containing Dual PPAR$\alpha/\gamma$ Agonists.  Godfrey, A. G.; Brooks, D. A.; Hay, L. A.; Peters, M.; McCarthy, J. R.; Mitchell, D.  *J. Org. Chem.* **2003**, *68*, 2623-2632.

103. 6,7-Dihydroxyisoquinoline-3-Carboxylic Acids are Potent Inhibitors on the Binding of Insulin-Like Growth Factor (IGF) to IGF-Binding Proteins: Optimization of the 1-Position Benzoyl Side Chain.  Zhu, Y.-F.; Wilcoxen, K.; Gross, T.; Connors, P.; Strack, N.; Gross, R.; Wang, C. Q.; McCarthy, J. R.; Xie, Q.; Ling, N.; Chen, C.  *Bioorg. Med. Chem. Lett.* **2003**, *13*, 1927-1930.

104. Quinoline-Carboxylic Acids are Potent Inhibitors that Inhibit the Binding of  Insulin-Like Growth Factor (IGF) to IGF-Binding Proteins.  Zhu, Y.-F.; Wang, X.-C.; Connors, P.; Wilcoxen, K.; Gao, Y.; Gross, R.; Strack, N.; Gross, T.; McCarthy, J. R.; Xie, Q.; Ling, N.; Chen, C. *Bioorg. Med. Chem. Lett.* **2003**, *13*, 1931-1934.

105. Synthesis of 3-Phenylpyrazolo[4,3-b]pyridines *via* a Convenient Synthesis of 4-Amino-3-arylpyrazoles and SAR of Corticotropin-Releasing Factor Receptor Type-1 Antagonists.  Wilcoxen, K.; Huang, C. Q.; McCarthy, J. R.; Grigoriadis, D. E.; Chen, C.  *Bioorg. Med. Chem. Lett.* **2003**, *13*, 3367-3370.

106. Synthesis of 1-Methyl-3-phenylpyrazolo[4,3-b]pyridines via a Methylation of 4-Phthalimino-3-phenylpyrazoles and Optimization Toward Highly Potent Corticotropin-Releasing Factor Type-1 Antagonists.  Huang, C. Q.; Wilcoxen, K.; McCarthy, J. R.; Haddach, M.; Grigoriadis, D. E.; Chen, C. *Bioorg. Med. Chem. Lett.* **2003**, *13*, 3371-3374.

107. Synthesis and SAR of 8-Arylquinolines as Potent Corticotropin-Releasing Factor1 (CRF-1) Receptor Antagonists.  Huang, C. Q.; Wilcoxen, K.; McCarthy, J. R.; Haddach, M.; Webb, T. R.; Gu, J.; Xie, Y.-F.; Grigoriadis, D.E.; Chen, C. *Bioorg. Med. Chem. Lett.* **2003**, *13*, 3375-3379.

108. Design and Synthesis of Statine-Containing BACE Inhibitors.  Hu, J.; Cwi, C.; Smiley, D. L.; Timm, D.L.; Erickson, J. A.; McGee, J. E.; Yang, H.-C.; Mendel, D.; May, P. C.; Shapiro, M.; McCarthy, J. R. *Bioorg. Med. Chem. Lett.* **2003**, *13*, 4335-4339.

109. P3 Cap Modified Phe*-Ala Series BACE Inhibitors.  Chen, S. -H.; Lamar, J.; Guo, D.; Kohn, T.; Yang, H. C.; McGee, J.; Timm, D.; Erickson, J.; Yip, Y.; May, P.; McCarthy, J. R. *Bioorg. Med. Chem. Lett.* **2004**, *14*, 245-250.

110. Phe*-Ala Based Pentapeptide Mimetics are BACE Inhibitors: P2 and P3 SAR. Lamar, J.; Hu, J.; Bueno, A.B.; Yang, H.-C.; Guo, D.; Copp, J.; McGee, J.; Gitter, B.; Timm, D.; May, P.; McCarthy, J. R.; Chen, S.-H. *Bioorg. Med. Chem. Lett.* **2004**, *14*, 239-243.

111. Synthesis of Benzoylpyrimidines as Antagonists of the Corticotrophin-Releasing Factor-1 Receptor. Webb, T.R.; Moran, T.; Huang, C.Q.; McCarthy, J. R.; Grigoriadis, D.; Chen, C. *Bioorg. Med. Chem. Lett.* **2004**, *14*, 3869-3873.

112. Design and Synthesis of $\alpha$-Aryloxy-$\alpha$-methylhydrocinnamic Acids: A Novel Class of Dual PPAR$\alpha$/$\gamma$ Agonists. Xu, Y.; Rito, C. J.; Etgen, G. J.; Bean, J. S.; Bensch, W. R.; Bosley, J.R.; Broderick, C. L.; Brooks, D. A.; Dominianni, S. J. J.; Hahn, P. J.; Montrose-Rafizadeh, C.; Oldham, B. A.; Peters, M.; Shuker, A. J.; Stephenson, G. A.; Tripp, A. E.; Wilson, S. B.; Winneroski, L. L.; Zink, R.; Kauffman, R. J.; McCarthy, J. R. *J. Med. Chem.* **2004**, *47*, 2422-2425.

113. Conversion of Human-Selective PPAR$\alpha$ Agonists to Human/Mouse Dual Agonists: A Molecular Modeling Analysis. Wang, M.; Winneroski, L. L.; Ardecky, R. J.; Babine, R. E.; Brooks, D. A.; Etgen, G. J.; Hutchison, D. R.; Kauffman, R. F.; Kunkel, A.; Mais, D. E.; Montrose-Rafizadeh, C.; Ogilvie, K. M.; Oldham, B. A.; Peters, M. K.; Rito, C. J.; Rungta, D. K.; Tripp, A. E.; Wilson, S. B.; Xu, Y.; Zink, R. W.; McCarthy, J. R. *Bioorg. Med. Chem. Lett.* **2004**, *14*, 6113-6116.

114. Synthesis of Pyrrolopyrimidine CRF-R1 Antagonists Containing a Tricyclic Core via an Intramolecular Heck Reaction. Dyck, B.; McCarthy, J. R. *Heterocycles* **2004**, *62*, 191-195.

115. Design, Synthesis and SAR of 2-Dialkylamino-4-arylpyrimidines as Potent and Selective Corticotrophin-Releasing Factor1 (CRF1) Receptor Antagonists. Huang, C. Q.; Grigoriadis, D. E.; Liu, Z.; McCarthy, J.R.; Ramphal, J.; Webb, T.; Whitten, J. P.; Xie, Y.; Chen, C. *Bioorg. Med. Chem. Lett.* **2004**, *14*, 2083-2086.

116. Optimization of 3-Phenylpyrazolo[1,5-a]pyrimidines as Potent Corticotropin-Releasing Factor-1 antagonists with Adequate Lipophilicity and Water Solubility. Chen, C.; Wilcoxen, K. M.; Huang, C. Q.; McCarthy, J. R.; Chen, T.; Grigoriadis, D. E. *Bioorg. Med. Chem. Lett.* **2004**, *14*, 3669-3673.

117. Synthesis of Benzoylopyrimidines as antagonists of the Corticotropin-releasing factor-1 receptor. Webb, T. R.; Moran, T.; Huang, C. Q.; McCarthy, J.R.; Grigoriadis, D.E.; Chen, C. *Bioorg. Med. Chem. Lett.* **2004**, *14*, 3869-3873.

118. Design and Synthesis of 3-(2-Pyridyl)pyrazolo[1,5-a]pyrimidines as Potent CRF1 Receptor Antagonists. Huang, C. Q.; Wilcoxen, K. M.; Grigoriadis, D. E.; McCarthy, J. R.; Chen, C. *Bioorg. Med. Chem. Lett.* **2004**, *14*, 3943-3947.

119. Design of 2,5-Dimethyl-3-(6-dimethyl-4-methylpyridin-3-yl)-7-dipropylaminopyrazolo[1,5-a]pyrimidine (NBI 30775/R121919) and Structure-Activity Relationships of a Series of Potent and Orally Active Corticotropin-Releasing Factor Antagonists. Chen, C.; Wilcoxen, K. M.; Huang, C. Q.; Xie, Y.-F.; McCarthy, J. R.; Webb, T. R.; Zhu, Y.-F.; Saunders, J.; Liu, X.-J.; Chen, T.-K.; Bozigian, H.; Grigoriadis, D. E. *J. Med. Chem.* **2004**, *47*, 4787-4798.

120. Biochemical and Kinetic Characterization of BACE1: Investigation into the Putative Species-Specificity for B- and B'-Cleavage Sites by Human and Murine BACE1. Yang, H.-C.; Chai, X.; Mosior, M.; Kohn, T.; Boggs, L. N.; Erickson, J. A.; McClure, D. B.; Yeh, W.-K.; Zhang, L. Gonzalez-DeWhitt, P.; Mayer, J. P.; Martin, J. A.; Hu, J.; Chen, S.; Bueno, A. B.; Little, S. P.; McCarthy, J. R.; May, P. C. *J. Neurochem.* **2004**, *91*, 1249-1259.

121. Rational Design, Synthesis, and Structure-Activity Relationships of Aryltriazoles as Novel Corticotropin-Releasing Factor-1 Receptor Antagonists. Lowe, R. F.; Nelson, J.; Trunghau, T. N.; Crowe, P. D.; Pahuja, A.; McCarthy, J. R.; Grigoriadis, D. E.; Conlon, P.; Saunders, J.; Chen, C.; Szabo, T.; Chen, T. K.; Bozigian, H. *J. Med. Chem.* **2005**, *48*, 1540-1549.

122. Potent, Orally Active Corticotropin-Releasing Factor Receptor-1 Antagonists Containing a Tricyclic Pyrrolopyridine or Pyrazolopyridine Core. Dyck, B.; Grigoriadis, D. E.; Gross, R. S.; Guo, Z.; Dragan, D.; McCarthy, J. R.; Moorjani, M.; Regan, C. F.; Saunders, J.; Schwaebe, M. K.; Szabo, T.; Williams, J. P.; Zhang, X.; Bozigian, H.; Chen, T. K. *J. Med. Chem.* **2005**, *48*, 4100-4110.

123. Design and Synthesis of Tricyclic Imidazo[4,5-b]pyridinm-2-ones as Corticotropin-Releasing Factor-1 Receptor Antagonists. Guo, Z.; Tellew, J. E.; Gross, R. S.; Dyck, B.; Grey, J.; Haddach, M.; Kiankarimi, M.; Lanier, M.; Li, B.-F.; Luo, Z.; McCarthy, J. R.; Moorjani, M.; Saunders, J.; Sullivan, R.; Zhang, X.; Zamani-Kord, S.; Grigoriadis, D. E.; Crowe, P.D.; Chen, T. K.; Williams, J. P. *J. Med. Chem.* **2005**, *48*, 5104-5107.

124. Design and Synthesis of Tricyclic Corticotropin-Releasing Factor-1 Antagonists. Gross, R. S.; Guo, Z.; Dyck, B.; Coon, F.; Huang, C. Q.; Lowe, R. F.; Marinkovic, D.; Moorjani, M.; Nelson, J.; Zamani-Kord, S.; Grigoriadis, D. E.; Hoare, S. R.; Sam, R. J.; Crowe, P. D.; Hu, J. H.; Haddach, M.; McCarthy, J. R.; Saunders, J.; Sullivan, R.; Chen, T.; Williams, J. P. *J. Med. Chem.* **2005**, *48*, 5780-5793.

125. Preorganiaztion of the Hydroxyethylene Dipeptide Isostere: The Preferred Conformation in Solution Resembles the Conformation Bound to BACE. Vidal, P.; Timm, D.; Broughton, H.; Chen, S.-H.; Martin, J. A.; Rivera-Sagredo, A.; McCarthy, J. R.; Shapiro, M. J.; Espinosa, J. F. *J. Med. Chem.* **2005**, *48*, 7623-7627.

126. Macrocyclic Peptidomimetic Inhibitors of β-Secretase (BACE): First X-ray Structure of a Macrocyclic Peptidomimetic-BACE Complex. Rojo, I.; Martin, J. A.; Broughton, H.; Timm, D.; Erickson, J.; Yang, H.-C.; McCarthy, J. R. *Bioorg. Med. Chem. Lett.* **2006**, *16*, 191-195.

127. Facile Rearrangement of N4-(α-Aminoacyl)cytidines to N-(4-Cytidinyl)amino Acid Amides. Zhang, D.; Bender, D.; Victor, F.; Peterson, J. A.; Boyer, R. D.; Stephenson, G. A.; Azman, A.; McCarthy, J. R. *Tetrahedron Lett.* **2008** 49, 2052-2055.

128. Cyclopropanecarboxylic acid esters as potential prodrugs with enhanced hydrolytic stability. Bender, D. M.; Peterson, J. A.; McCarthy, J. R.; Gunaydin, H.; Takano, Y.; Houk, K. N. *Org. Lett.* **2008**, *10,* 509-511; Highlighted in *Chemical & Engineering News*, January 21, 2008, pg. 42.

129. Stereospecific Synthesis of Chiral α-Methyl-α-Amino Acids: Unprecedented   Nucleophiliic Attack at a Tertiary Carbon with Inversion at Ambient Temperature.  Green, J.; Bender, D. M.; Jackson, S.; O'Donnell, M. J.; McCarthy, J. R. *Org. Lett.,* **2009,** *11*, 807-810.

130. Synthesis, Crystallization, and Biological Evaluation of an Orally Active Prodrug of Gemcitabine. Bender, D. M.; Bao, J.; Dantzig, A. H.; Diseroad, W. D.; Law, K. L.; Magnus, N. A.; Peterson, J. A.; Perkins, E. J.; Pu, Y. J.;  Reutzel-Edens, S. M.; Remick, D. M.; Starling, J. J.; Stephenson, G. A.; Vaid, R. K.;  Zhang, D.; McCarthy, J. R. *J. Med. Chem.* **2009**, *52,* 6958-6961.

131. Evolution of an Orally Active Prodrug of Gemcitabine. McCarthy, J. R . In *Chemical Biology of Enzymes for Biotech and Pharmaceutical Applications, Volume II: Enzyme Technologies in Drug Discovery*; Yang, H.-C.; Yeh, W.-K.; McCarthy, J. R., Eds.; John Wiley & Sons, in press.

## U.S. PATENTS and RECENT WORLD PATENT APPLICATIONS

1.  U.S. Patent 3,903,163.  J.R. McCarthy.  N,N'-Disubstituted Naphthaleneacetamidines. Sept. 2, 1975.

2.  U.S. Patent 3,969,532.  J.R. McCarthy, D.V. Wysong, B.J. Allen.  1-Aryl-3-(2-hydroxyethyl)thioureas for Treating Depression.  July 13, 1976.

3.  U.S. Patent 3,972,931.  J.R. McCarthy.  N,N'-Disubstituted Benzamidines. August 3, 1976.

4.  U.S. Patent 3,975,433.  J.R. McCarthy, D.V. Wysong, B.J. Allen.  1-(2,4-Dimethoxyphenyl)-3-(2-hydroxyethyl)thiourea.  August 17, 1976.

5.  U.S. Patent 4,029,703.  J.R. McCarthy.  N,N'-Disubstituted Halophenylacetamidines. June 14, 1977.

6.  U.S. Patent 4,086,344.  J.R. McCarthy.  N,15-Didehydro-15-deoxo-3,15-epi(methano(alkylimino))rifamycins.

7.  U.S. Patent 4,189,444.  A. Schuster, J.R. McCarthy.  Process for the Preparation of N,N'-Disubstituted 2-Naphthaleneethanimidamide and Intermediates Used Therein.  February 19, 1980.

8.  U.S. Patent 4,496,725 J.R. McCarthy, P.J. Widner.  Substituted 1,2,3-Triazino[4',5':4,5]-thieno[2,3-b]quinolin-4(3H)-ones.  Jan. 29, 1985.

9.  U.S. Patent 4,703,058.  T.M. Bargar, R.J. Broersma, J.R. McCarthy. b-Methylene Furanethanamines and Use as Antihypertensive Agents.  October 28. 1987.

10.  U.S. Patent 4,743,617.  T.M. Bargar, L.C. Creemer, J.R. McCarthy.  Heterocycyl-2-propyn-1-amines.  May 10, 1988.

11.  U.S. Patent 4,745, 222.  M.E. LeTourneau, J.R. McCarthy, D.L. Trepanier. Aryloxycycloalkanolaminoalkylene Aryl Ketones.  May 17, 1988.

12. U.S. Patent 4,788,301. T.M. Bargar, R. Broersma, Jr., J.R. McCarthy. Novel Allylic Amines. November 29, 1988.

13. U.S. Patent 4,810,800. D.P. Matthews, J.R. McCarthy, J.P. Whitten, R.J. Broersma. Novel Imidazole Dopamine □-Hydroxylase Inhibitors. March 7, 1989.

14. U.S. Patent 4,839,375. D.P. Matthews, J.P. Whitten, J.R. McCarthy. (Aryl or Heteroaromaticmethyl)-2,2'-B$_1$-1H-imidazoles and Their Use as Antihypertensive Agents. June 13, 1989.

15. U.S. Patent 4,847,288. J.R. McCarthy, T.M. Bargar, C.L. Barney, D.P. Matthews, R.J. Broersma. Allenyl Amines. July 11, 1989.

16. U.S. Patent 4,868,315. M.E. LeTourneau, J.R. McCarthy, D.L. Trepanier. Novel Aryloxycycloalkanolaminoalkylene Aryl Ketones. September 19, 1989.

17. U.S. Patent 4,929,744. D.P. Matthews, J.R. McCarthy, J.P. Whitten. Process for Preparing (Heteroaromaticmethyl)-2,2'-Bi-1H-imidazoles. March 29, 1990.

18. U.S. Patent 4,981,868. J.R. McCarthy, D.P. Matthews, C.L. Barney. Pharmaceutically Active 3-Heteroaryl-2-Fluoro-1-olefin. January 1, 1991.

19. U.S. Patent 4,996,308 M.L. Edwards, J.R. McCarthy, N.J. Prakash. Adenosine Derivatives with Unsaturated Substitutions for the 5'-Hydroxymethyl Group. February 26, 1991.

20. U.S. Patent 4,997,924. E.T. Jarvi, J.R. McCarthy, N.J. Prakash. 5'-Deoxy-4'-5'-Unsaturated-5'-Substituted Adenosines. March 5, 1991.

21. U.S. Patent 4,997,925. E.T. Jarvi, J.R. McCarthy, N.J. Prakash. 5'-Deoxy-5',5'-Dihalo Adenosines and Purine Analogues. March 5, 1991.

22. U.S. Patent 5,011,859. E.T. Jarvi, M.L. Edwards, J.R. McCarthy. Di-and Tetra-Fluoro Analogs of Squalene as Inhibitors of Squalene Epoxidase

23. U.S. Patent 5,017,591. D.P. Matthews, J.P. Whitten, J.R. McCarthy. Thiazolylmethyl 2,2'-Bi-1H-imidazoles and Use as Hypertensive Agents. May 21, 1991.

24. U.S. Patent 5,057,613. D.P. Matthews, J.R. McCarthy, J.P. Whitten, R.J. Broersma. Thione Dopamine Beta Hydroxylase Inhibitors. October 15, 1991.

25. U.S. Patent 5,064,864. E.T. Jarvi, M.L. Edwards, J.R. McCarthy. Di- and Tetra-fluoro Analogs of Squalene as Inhibitors of Squalene Epoxidase. November 12, 1991.

26. U.S. Patent 5,068,465. J.R. McCarthy, C.L. Barney, D.P. Matthews. Pharmaceutically Active 3-Aryl-2-Fluoro-1-olefins. November 26, 1991.

27. U.S. Patent 5,112,852. J.R. McCarthy, T.M. Barger, C.L. Barney, D.P. Matthews, R.J. Broersma. Allenyl Amines. May 12, 1992.

28. U.S. Patent 5,120,764. J.R. McCarthy, D.P. Matthews, C.L. Barney. Inhibitors of Lysyl Oxidase. June 9, 1992.

29.   U.S. Patent 5,147,863.  D.P. Matthews, J.P. Whitten, J.R. McCarthy.  2,2'-Bi-1H-imidazoles.  September 15, 1992.

30.   U.S. Patent 5,157,166.  E.T. Jarvi, M.L. Edwards, J.R. McCarthy.  Process for the Preparation of Difluoro Analogs of Squalene.  October 20, 1992.

31.   U.S. Patent 5,189,052.  D.P. Matthews, J.R. McCarthy, J.P. Whitten, R.J. Broersma.  Thione Dopamine Beta Hydroxylase Inhibitors.  February 23, 1993.

32.   U.S. Patent 5,217,979.  J.R. McCarthy, C.L. Barney, M.W. Wannamaker.  Substituted Alkyl Piperdines.  June 8, 1993.

33.   U.S. Patent 5,348,964.  C. L. Barney, J. R. McCarthy, M.W. Wannamaker.  Piperidyl Ethers and Thioethers as Inhibitors of Cholesterol Biosynthesis. September 20. 1994.

34.   U.S. Patent 5,378,693.  J.R. McCarthy, M.L. Edwards, D.P. Mathews.  2'-Halomethylene Cytidine, Uridine and Guanosine Compounds and Their Pharmaceutical Compositions. Jan. 3, 1995.

35.   U.S. Patent 5,470,837.  J.A. Wolos, N.S. Doherty, J.R.McCarthy.  5'-Vinylhalo-Arilstomycin/Adenosine Analogs and Immunosuppresants. Nov. 28, 1995.

36.   U.S. Patent 5,473,104.  J.R. McCarthy. Process for the Preparation of L- Carnitine. December 5, 1995.

37.   U.S. Patent 5,760,210.  J.R. McCarthy, D.P. Matthews, J.S. Sabol, J.R. McConnell, R.E. Donaldson, R.Duguid.  Process for the Preparation of Ribonucleotide Reductase Inhibitors. June 2, 1998.

38.   U.S. Patent 5,795,905.  J.R. McCarthy, Y.F. Xie, J.P. Whitten, T.R. Webb, C. Chen, J.Y. Ramphal.  CRF Receptor Antagonists and Methods Relating Thereto. August 18, 1998.

39.   McCarthy, James R.; Xie, Yun Feng; Whitten, Jeffrey P.; Webb, Thomas R.; Chen, Chen; Ramphal, John Y.; Grigoriadis, Dimitri E.; Dagnino, Raymond, Jr.; Huang, Charles Q.; Liu, Zhengyu; et al.  Preparation of substituted aminothiadiazoles, -pyrimidines, -triazines, and -triazoles useful as corticotropin releasing factor receptor antagonists. WO  9639400 A1.

40.   Webb, Thomas R.; Moran, Terence J.; McCarthy, James R..  Preparation of amino substituted pyrimidines and triazines as CRF receptor antagonists. WO  9714684 A1.

41.   Chen, Chen; Webb, Thomas R.; McCarthy, James R.; Moran, Terence J.; Wilcoxen, Keith M. Pyrazolopyrimidines as CRF receptor antagonists. WO  9729109 A1.

42.   Chen, Chen; Webb, Thomas R.; McCarthy, James R.; Moran, Terence J.  Preparation of thienopyrimidines as corticotropin-releasing factor antagonists. WO  9729110 A1.

43.   McCarthy, James R.  Preparation of bicyclic nitrogen-containing heterocycles as CRF receptor antagonists and methods relating thereto. WO  9835967 A2.

44.   Huang, Charles; Wilcoxen, Keith M.; Chen, Chen; Haddach, Mustapha; McCarthy, James R.  Preparation of CRF antagonistic quinolines and quinazolines. WO  9847874 A1.

45.   Webb, Thomas R.; McCarthy, James R.  Preparation of CRF antagonistic thiophenopyridines. WO 9847903 A1

46.   Chen, Chen; Wilcoxen, Keith M.; Huang, Charles Q.; Haddach, Mustapha; McCarthy, James R. Preparation of Pyrazolo[4.3-b]pyrimidines as corticotrophin relaeasing factor antagonists.  WO 9945007.

47.   U.S. Patent 5,977,325. J.R. McCarthy, M.L. Edwards, D.P. Matthews. 2'-Halomethylidene, 2'-Ethenylidene and 2'-Ethynyl Cytidine, Uridine and Guanosine Derivatives. November 2, 1999.

48.   Haddach, Mustapha; Nelson, Jodie; Dyck, Brian P.; Guo, Zhiqiang; Huang, Charles Q.; McCarthy, James R.  Preparation of tricyclic compounds as CRF receptor antagonists. WO 0027846 A2.

49.   Haddach, Mustapha; Guo, Zhiqiang; McCarthy, James R.  Preparation of tricyclic compounds as CRF receptor antagonists.  WO 0027850.

50.   Haddach, Mustapha; Lanier, Marion C.; Huang, Charles, Q.; McCarthy, James, R. Preparation of fused pyrimidonaphthyridines and pyrimidinoquinolines as CRF receptor antagonists.  WO 2002040480.

51.   US patent 6,930,120. Brooks, Dawn A.; Godfrey, Alexander, G. Jones, Sarah B.; McCarthy, James R.; Rito, Christopher J.; Winneroski, Leonard, L.; Xu, Yanping. Oxazolyl-Arylproplonic acid derivatives and their use as PPAR agonists. August 16, 2005.

52.   Bueno Melendo, Ana Belen; Chen, Shu-Hui; Erickson, Jon Andrer; Gonzalez-Garcia, Maria Rosario; Guo, Deqi; Marcos Liorente, Alicia; McCarthy, James Ray; Shepherd, Timothy Alan; Sheehan, Scott Martin; Yip, Yvonne Yee Mai. Preparation of amides as BACE inhibitors for treating Alzheimer's.  WO2005108391.

53.   Durham, Timothy Barrett; Hahn, Patric James; Kohn, Todd Jonantha; McCarthy, James Ray; Broughton, Howard Barff; Dally, Robert Dean; Gonzalez-Garcia, Maria Rosario; Henry, Kenneth James; Shepherd, Timothy Alan; Erickson, Jon Andre; Bueno Melendo, Ana Belen. Preparation of acylated 2-amino-1-(morjphololino-3-yl)ethanols and derivatives as BACE inhibitors for treating Alzheimer's. WO 2006034093.

54.   Bender, David Michael; McCarthy, James Ray. Cyclopropanecarboxylate esters of acyclovir. WO 2006127217.

55.   US patent 7,176,224. Ardecky, Robert J.; Brooks, Dawn A.; Godfrey, Alexander G.; Jones, Sarah B. Mantlo, Nathan B.; McCarthy, James R.; Michellys, Pierre-Yves; Rito, Christopher J.; Tyhonas, John S.; Winneroski, Leonard L.; Xu, Yanping.  Preparation of 3-[(oxazolylalkoxy)phenyl]-2-phenoxypropionic acid derivatives as PPAR agonists for treatment of diabetes mellitus and related conditions. February 13, 2007.

56.   US patent 7,745,438 B2. Broughton, Howard B.; Dally, Robert D.; Durham, Timothy B.; Gonzalez-Garcia, Maria Rosario; Hahn, Patric J.; Henry, Jr,, Kenneth J.; Kohn, Todd J.; McCarthy, James R.; Shepherd, Timothy A.; Erickson, Jon A.; Bueno Melendo, Ana Belen. 3-(2-Acylamino-1-hydroxyethyl)morpholine Derivatives and their use as BACE Inhibitors. June 29, 2010.

57. US patent 7,846,937. Bender, David Michael; McCarthy, James Ray. Cyclopropanecarboxylate esters of acyclovir. December 7, 2010.

58. McCarthy, James R. Process for Preparation of Linezolid. WO 2011137222

## INVITED PRESENTATIONS AND ABSTRACTS

ACS National Meeting, Chicago, 1970.  Abstract 101, Organic Division.  A 1, 3-Bromine Migration in the Deamination of 3-Bromo-2,2-Bis(bromomethyl)propylamine.

University of Utah, Department of Medicinal Chemistry, 1975.

Medical University of South Carolina, Department of Pharmacology, 1980.

Medicinal Chemistry ACS Symposium, University of Arizona, 1984.

University of Chicago, Department of Chemistry, 1985.

ACS National Meeting, Miami Beach, 1985.  Abstract 251, Organic Division. DAST in Organic Synthesis.  The Transformation of Sulfoxides to $\alpha$-Fluorothioethers.

ACS National Meeting, Anaheim, 1986.  Abstract 60, Medicinal Chemistry Division. Poster Session:  Novel Time-Dependent Inhibitors of Dopamine $\beta$-Hydroxylase.

Ohio State University, College of Pharmacy, March 8, 1988.  New Approaches to the Synthesis of Antihypertensive Agents.

University of Iowa, Department of Chemistry, May 3, 1988.  Novel Mechanism-Based Inhibitors of Dopamine $\beta$-Hydroxylase.

Medicinal Chemistry Gordon Conference, August 1, 1988.  Novel Competitive Inhibitors of Dopamine $\beta$–Hydroxylase.

Heterocyclic Compounds Gordon Conference, July 14, 1989.  Invited Lecture:  New Approaches to the Synthesis of Vinyl Fluorides and Their Applications to Heterocyclic Compounds.

McCarthy, J.R.; Jarvi, E.T.; Mehdi, S.  Medicinal Chemistry Gordon Conference, July 29, 1989.  Poster Session:  4',5'-Unsaturated 5'-Halogenated Nucleosides:  Mechanism-Based and Competitive Inhibitors of S-Adenosyl-L-Homocysteine Hydrolase.

University of Wisconsin, Department of Chemistry, October 12, 1989.  New Methods for the Introduction of Fluorine into Organic Molecules and Their Application to the Design of Enzyme Inhibitors.

McCarthy, J.R.; Matthews, D.P.; Edwards, M.L.; Stemerick, D.M.; Jarvi, E.T.  ISCHIA Advanced School of Organic and Bioorganic Chemistry, Ischia, Italy, September 25, 1990.

Poster Session: Stereospecific Synthesis of Vinyl Fluorides and Application of the Method to the Synthesis of a New Class of Enzyme Inhibitors.

Medicinal Chemistry Gordon Conference, August 9, 1991.  Invited Lecture: Stereospecific Method to (E) and (Z) Terminal Fluoro Olefins and its Application to the Synthesis of 2'-deoxy-2'-fluromethylene Nucleosides as Inhibitors of Ribonucleoside Diphosphate Reductase.

Indiana University Purdue University at Indianapolis, Department of Chemistry, August 28, 1991.  New Methods for the Synthesis of Fluoro Olefins.

University of Cincinnati, Department of Chemistry, February 28, 1992.  Application of New Methods to the Synthesis of Monofluoro and Difluoro Olefins in the Design of Enzyme Inhibitors.

McCarthy, J.R.; Wolos, J.A.  American Chemical Society National Meeting, Division of Organic Chemistry, Washington, D.C., August, 1992.  Invited lecture, Abstract 371.  The Design and Synthesis of Inhibitors of S-Adenosyl-L-Homocysteine Hydrolase.

Tenth International Roundtable: Nucleosides, Nucleotides and Their Biological Evaluation. September 17, 1992.  New Methods for the Synthesis of Fluorinated Nucleosides and Their Biological Activity.  Opening lecture of conference.

The Sixteenth Gulf Coast Chemistry Conference.  September 16, 1993.  New Methods for the Synthesis of Fluoro Olefins.  Opening lecture of conference.

The University of Calilfornia, Santa Barbara, Department of Chemistry, October 14, 1994. New Synthetic Methods to Fluoroolefins and Their Application in Drug Design.

McCarthy, J.R.  American Chemical Society Twelfth Winter Fluorine Conference.  St. Petersburg, Florida, January 23, 1995. Invited Lecture. Abstract 28. New Methods for the Synthesis of Fluoro Olefins.

McCarthy, J.R.  American Chemical Society National Meeting, Division of Medicinal Chemistry, Chicago, Illinois, August 21, 1995.  Abstract 111.  Design, Synthesis and Antitumor Activity of MDL 101,731.

The University of Arizona, Department of Chemistry, January 23, 1997.  Rapid Microscale Synthesis: A New Tool for the Medicinal Chemist.

McCarthy. J.R.; Xie, Y.F.; Erickson, P.E.; Webb, T.R.; Grigoriadis, D.E.; De Souza, E.B.; Whitten, J.P.  American Chemical Society National Meeting, Division of Organic Chemistry, San Francisco, April 16, 1997.  Invited lecture.  Abstract 381. Rapid Microscale Synthesis: A New Tool for the Medicinal Chemist.

University of California, San Diego, Department of Chemistry, February 8, 1999. Application of New Synthetic Methods to Fluoroolefins for the Synthesis of a Phase II Clinical Candidate.

International Conference on Fluorine Chemistry '99 Tokyo, Yokohama, Japan. May 10, 1999. New Methods for the Synthesis of Fluoro Olefins.  Invited lecture.

McCarthy, J.R.  American Chemical Society National Meeting, Division of Fluorine Chemistry, San Francisco, March 26, 2000.  Invited tutorial.  Abstract 11. Fluorine in Drug Discovery: Utility of Fluorine in Biologically Active Molecules.

McCarthy, J.R.  American Association of Pharmaceutical Scientists Annual Meeting, Indianapolis, Monday, October30, 2000.  Invited lecture. The Design and Synthesis of Corticotropin Releasing Factor (CRF) Receptor Antagonists for Clinical Development

Indiana University Purdue University at Indianapolis, Department of Chemistry, March 23, 2001.   Some Lessons in Drug Discovery from the Element Fluorine.

University of Minnesota, Department of Medicinal Chemistry, April 17, 2001.  Application of New Synthetic Methods to Fluoroolefins for the Design of a Ribonucleotide Reductase Inhibitor in Phase II Clinical Trials

American Chemical Society National Meeting, Division of Medicinal Chemistry, San Diego, April 2, 2001. PPAR $\alpha,\gamma$ Co-agonists for the Treatment of Type 2 Diabetes and Cardiovascular Risk Factors". Invited lecture that was presented by Dawn Brooks.

National Organic Symposium, Bloomington, Indiana, June 10, 2003. Fundamentals of Drug Discovery: Strategies and Tactics in Medicinal Chemistry. Part II. Invited minicourse taught with Paul Ornstein.

International Proteolysis Society, Nagoya, Japan. November 13, 2003. Design and SAR of BACE Inhibitors. Invited lecture.

McCarthy. J.R. 230th American Chemical Society National Meeting, Division of Medicinal Chemistry, Washington DC, August 30, 2005.  Invited lecture.  Abstract 241. The Design and Synthesis of BACE Inhibitors: The Importance of Conformation for Optimizing Potency.

McCarthy. J.R. Frontiers in Drug Discovery Symposium, Albany Molecular, October 7, 2005. The Design and Synthesis of BACE Inhibitors: The Importance of Conformation for Optimizing Potency.

McCarthy, J.R. International Conference on Alzheimer's Disease (ICAD) 2006, Madrid, Spain, July 16, 2006. The Design and Synthesis of an Efficacious BACE Inhibitor.

Medicinal Chemistry Gordon Conference, August 8, 2006. Invited Lecture: Alzheimer's Disease: A Critical Unmet Medical Need.

McCarthy, J.R. Professor Morris J. Robins Symposium, Brigham Young University, April 28, 2007, Peptides to small organic molecules: The design and synthesis of efficacious BACE1 inhibitors.

McCarthy, J.R.  Department of Pharmaceutical Sciences, Wayne State University, October 10,2007, Peptides to small organic molecules: The design and synthesis of efficacious BACE1 inhibitors.

McCarthy, J.R. Methods and Principles in Medicinal Chemistry. Joint Workshop of the Medicinal Chemistry Division Brazilian Chemical Society and American Chemical Society,

May 26, 2008. 31st Brazilian Chemical Society Meeting, Águas de São Pedro – SP, Brazil. Fluorine in Drug Design

McCarthy, J.R.  May 26 - 28, 2008. 31st Brazilian Chemical Society Meeting, Águas de São Pedro – SP, Brazil. Fundamentals of Drug Discovery Part 1 & Part 2 Minicourse.

McCarthy, J.R. ISCMC Conference, Shanghai, China, July 28-July 31, 2008, Co-sponsored by the Medicinal Chemistry Division, American Chemical Society.  Strategies and Issues in the Design of Nucleoside Prodrugs.

McCarthy, J.R. ISCMC Conference, KaoHsiung, Taiwan, February 1-5, 2010, Co-sponsored by the Medicinal Chemistry Division, American Chemical Society.  Important events in the evolution of the pharmaceutical industry and drug design.

McCarthy. J.R. 239th American Chemical Society National Meeting, Division of Medicinal Chemistry, San Francisco, March 24, 2010.   Strategies and Issues in the Design of Nucleoside Prodrugs. Invited lecture at the prodrug symposium.

McCarthy, J.R.  Department of Chemistry, USC, April 25, 2011, Strategies and Issues in the Design of Nucleoside Prodrugs.


## MASTER OF SCIENCE THESIS CO-DIRECTION

"Preparation of $\beta$-Fluorinated-$\alpha$-Amino Acids by Alkylation and Subsequent Deprotection of a Glycine Synthon" by Charlotte L. Barney (co-research advisor with Professor. Martin J. O'Donnell),1984.

"Stereospecific Synthesis of Chiral $\alpha$-Methyl-$\alpha$-Amino Acids" by Jonathan Green (co-research advisor with Professor Martin J. O'Donnell), 2008.

## TEACHING RESPONSIBILITIES

Organic Chemistry Lab, spring 1979, fall 1979
Graduate Organic Synthesis, spring 1979
Organic Chemistry, summer 1979, summer 1980, summer 1981
Graduate Medicinal Chemistry, spring 1983, spring 1985
Undergraduate Medicinal Chemistry, spring 2011
Undergraduate Medicinal Chemistry, spring 2012
Undergraduate Medicinal Chemistry, spring 2013

## REFEREE ARTICLES ON A REGULAR BASIS

Journal of Medicinal Chemistry
Journal of Organic Chemistry
Organic Letters

## CLINICAL CANDIDATES

1.  Napactadine, an antidepressant that demonstrated efficacy in man.

    A New Bicyclic Antidepressant Agent.  Synthesis and Activity of Napactadine and Related Compounds.  McCarthy, J. R.; Wright, D. L.; Schuster, A. J.; Abdullah, A. J.; Shea, P. J; Eyster, R.  *J. Med. Chem.* **1985**, *28*, 1721-1727.

    J.R. McCarthy, U.S. Patent 3,903,163.

2.  Tipentosin, an antihypertensive agent designed as an $a_1$ blocker and $DA_1$ agonist which demonstrated antihypertensive activity in man.

    6,7-Dihydro-5-(((cis-2-hydroxy-trans-3-phenoxycyclopentyl)amino)methyl)-2-methylbenzo[b]thiophen-4(5H)-one, a Novel Alpha-1 Adrenergic Receptor Antagonist and Renal Vasodilator.  McCarthy, J. R.; Zimmerman, M. B.; Trepanier, D. L.; LeTourneau, M. E.; Wiedeman, P. E.; Whitten, J. P.; Broersma, R. J.; Shea, P. J.  *J. Med. Chem.* **1985**, *28*, 1142-1145.

    M.E. LeTourneau, J.R. McCarthy, D.L. Trepanier, U.S. Patent 4,868,315.

    Clinical investigator, J.D. Wallin, M.D., Protocol No. 19,744A-2-I-2.

3.  MDL 43,925, a dopamine β-hydroxylase inhibitor approved as a clinical candidate.

    1-(Thienylethyl)imidazol-2(3H)-thiones As Potent Competitive Inhibitors of Dopamine β-Hydroxylase.  McCarthy, J. R.; Matthews, D. P.; Broersma, R. J.; McDermott, R. D.; Kasther, P. R.; Hornsperger, J. M.; Demeter, D. A.; Weintraub, H. J. R.; Whitten, J. P.  *J. Med. Chem.* **1990**, *33*, 1866-1873.

    D.P. Matthews, J.R. McCarthy, J.P. Whitten, R.J. Broersma, U.S. Patent 5,057,613.

4.  Tezacitabine, a mechanism-based inhibitor of ribonucleotide reductase with broad spectrum antitumor activity currently in Phase II clinical trials.

    Stereospecific Method to (*E*)- and (*Z*)-Terminal Fluoroolefins and its Application to the Synthesis of 2'-deoxy-2'-fluoromethylenenucleosides as Inhibitors of Ribonucleoside Diphosphate Reductase.  McCarthy, J. R.; Matthews, D. P.; Stemerick, D. M.; Huber, E. W.; Bey, P.; Lippert, B. J.; Snyder, R. D.; Sunkara, P. S.  *J. Am. Chem. Soc.* **1991**, *113*, 7439-7440.

    U.S. Patent 5,378,693.  J.R. McCarthy, M.L. Edwards, D.P. Mathews.  2'-Halomethylene Cytidine, Uridine and Guanosine Compounds and Their Pharmaceutical Compositions. Jan. 3, 1995.

5.  MDL 28,842, a mechanism-based inhibitor of S-adenosyl-L-homocysteine hydrolase with immunosuppressant activity.  Demonstrated potent antiarthritic activity and prevention of transplant rejection in animal models.

    4',5'-Unsaturated-5-Fluoro Adenosine Nucleosides:  Potent Mechanism-Based Inhibitors of S-Adenosyl-L-homocysteine Hydrolase and Anti-Retroviral Agents.  McCarthy, J. R.; Jarvi, E. T.; Matthews, D. P.; Edwards, M. L.; Prakash, N. J.; Bowlin, T. L.; Mehdi, S.; Sunkara, P. S.; Bey, P.  *J. Am. Chem. Soc.* **1989**, *111*, 1127-1128.

E.T. Jarvi, J.R. McCarthy, N.J. Prakash, U.S. Patent 4,997,925.

6.  NBI 30755, a potent and selective corticotropin-releasing factor, receptor antagonist that demonstrated efficacy in Phase II clinical trials for the treatment of anxiety and depression. E. Chen, Chen; Wilcoxen, Keith M.; Huang, Charles Q.; Haddach, Mustapha; McCarthy, James R. Preparation of Pyrazolo[4.3-b]pyrimidines as corticotrophin releasing factor antagonists. 41 pp. WO 9945007 A1.

7.  NBI 34041, a tricyclic CRF receptor antagonist that is more potent than NBI 30755 and lacks some of the potential side effects of NBI 30755.

    Haddach, Mustapha; Nelson, Jodie; Dyck, Brian P.; Guo, Zhiqiang; Huang, Charles Q.; McCarthy, James R.  Preparation of tricyclic compounds as CRF receptor antagonists. 123 pp. WO 0027846  A2.

8.  LY 510929, designed and synthesized as a PPARα/γ dual agonist. One of the most potent dual agonists reported. First human dose in 2001. Targeted for type 2 diabetics with syndrome X.

    US patent 6,930,120. Brooks, Dawn A.; Godfrey, Alexander, G. Jones, Sarah B.; McCarthy, James R.; Rito, Christopher J.; Winneroski, Leonard, L.; Xu, Yanping. Oxazolyl-Arylproplonic acid derivatives and their use as PPAR agonists. August 16, 2005.

    The Design and Synthesis of 2-Methyl-2-{4-[2-(5-methyl-2-aryloxazol-4-yl)ethoxy]phenoxy}propionic acids: A New Class of Dual PPARα/γ Agonists.  Brooks, D. A.; Etgen, G. J.; Rito, C. J.; Shuker, A. J.; Dominianni, S. J.; Warshawsky, A. M.; Ardecky, R.; Paterniti, J. R.; Tyhonas, J.; Montrose-Rafizadeh, C.; Winneroski, L. L.; Faul, M. M.; McCarthy, J. R. *J. Med. Chem.* **2001**, *44*, 2061-2064.

    Conversion of Human-Selective PPARγ Agonists to Human/Mouse Dual Agonists: A Molecular Modeling Analysis. M. Wang, L. L. Winneroski, R. J. Ardecky, R. E. Babine,  D. A. Brooks, G. J. Etgen, D. R. Hutchison, R. F. Kauffman, A. Kunkel,  D. E. Mais, C. Montrose-Rafizadeh, K. M. Ogilvie,  B. A. Oldham, M. K. Peters, C. J. Rito, D. K. Rungta, A. E. Tripp, S. B. Wilson, Y. Xu, R. W. Zink,  J. R. McCarthy. *Bioorg. Med. Chem. Lett.,* **2004**, *14*, 6113-6116.

9.  Prodrug currently in clinical trials. Selected as one of top seven most promising clinical entities by Lilly for the next decade.

    McCarthy, J.R. ISCMC Conference, Shanghai, China, July 28-July 31, 2008 Co-sponsored by the Medicinal Chemistry Division, American Chemical Society. Strategies and Issues in the Design of Nucleoside Prodrugs.

    Synthesis, Crystallization, and Biological Evaluation of an Orally Active Prodrug of Gemcitabine. Bender, D. M.; Bao, J.; Dantzig, A. H.; Diseroad, W. D.; Law, K. L.; Magnus, N. A.; Peterson, J. A.; Perkins, E. J.; Pu, Y. J.; Reutzel-Edens, S. M.; Remick, D. M.; Starling, J. J.; Stephenson, G. A.; Vaid, R. K.;  Zhang, D.; McCarthy, J. R. *J. Med. Chem.* **2009**, *52,* 6958-6961.

EXHIBIT 2

# IUPUI

## DEPARTMENT OF CHEMISTRY AND CHEMICAL BIOLOGY

### SCHOOL OF SCIENCE
A Purdue University School
Indianapolis

May 10, 2013

Dr. James E. Felman
Kynes, Markman & Felman. P.A.
Suite 1300
100 South Ashley Drive
Tampa, FL 33602

Dear Dr. Felman:

UR-144, XLR-11, AM-2201, and MAM-2201 are not analogues of JWH-018 under the Federal Analogue Act when careful analysis of structural features of the four compounds is compared with those of JWH-018. My conclusions are made with the assistance of data from additional compounds with the same functional groups that are part of UR-144, XLR-11, AM-2201, and MAM-2201. The structural changes on the indole nucleus clearly differentiate these four compounds from JWH-018, as I will demonstrate.  My explanations prevent inaccurate decisions on classifications that unfortunately could result from a non-scientific interpretation of the vague definition of analogue in the Federal Analogue Act.



**JWH-018**



**AM-2201**        **MAM-2201**        **XLR-11**        **UR-144**

With regard to XLR-11, AM-2201, and MAM-2201 that incorporate fluoride on the C-terminal carbon of the n-pentyl group, the molecules can be classified as heteroarylalkyl fluorides. Introduction of even just a single fluoride into a molecule can substantially change the new molecule and make it confusing if the classification of the fluoride-containing molecule is not

changed. Key examples of the effect of introduction of fluoride into a molecule that illustrate the requirement to classify the fluorinated molecule as part of a new series are 2'-deoxycytidine diphosphate (1) and 2'-fluoro-2'deoxycytidine diphosphate (2). Compound 1 is the product from the enzyme ribonucleotide reductase catalyzed reduction of the 2'-hydroxyl group on the substrate cytidine diphosphate (3). The product can be incorporated into a growing strand of DNA.



Introduction of a 2'-fluorine (compound 2) results in a mechanism-based inhibitor of ribonucleotide reductase.[1] It is important to note that introduction of a second fluoride at the 2'-positon (compound 4) is one of the active forms of the anticancer drug Gemcitabine.
A second example of the effect of the introduction of single fluoride in an every day item we use in many salad dressings is acetic acid (5) (vinegar when 95% water and 5% acetic acid). The monofluoroacetic acid (6) was identified as the active principle of the toxic South African plant gifblaar. In both cases the introduction of fluoride dramatically changed the profile of the molecules but more importantly illustrate why fluorinated molecules are not simple analogues of the parent non-fluorinated molecule.

An additional example of the significance of fluoride addition is the fluoride bearing Ghrelin(1-5) (7) (Ghrelin is the hormone that regulates food intake see: http://en.wikipedia.org/wiki/Ghrelin). Addition of the terminal fluoride to Ghrelin(1-5) unexpectedly yielded the inactive derivative 7.[3] A fourth example of the change in analogue status by the introduction of fluoride is the addition of fluoride to the analogue 8 of the antibiotic Angustmycin A (Decoynine) (9) giving compound 10 .[4] The fluoride containing compound 10 is a mechanism-based inhibitor of the enzyme S-adenosyl–L-homocysteine hydrolase.[5]

For XLR-11, in addition to the alkyl fluoride functional group, the naphthalene group is substituted by a tetramethylcyclopropane, which is also found in URL-144 in place of the naphthalene group. It is important to note that in some aspects the cyclopropane ring resembles double bonds[6] yet it is an aliphatic group similar to larger rings such as cyclobutane or cyclopentane. It has been demonstrated that the cyclopropane ring is unique by Gordon[6] and in a more recent article concerning prodrugs.[7]

It is just as important to note that for compound 13, an analogue of JWH-018, similar attachment to CB1 receptors is not observed.[8] The n-pentyl analogue 11 has an identical Ki (binding affinity) = 9.5 nM as that for JWH-018. The n-hexyl analogue (12) has a Ki = 48 nM while the n-heptyl analogue 13 has a Ki > 10,000 nM. This data published by Huffman[8] (who originally synthesized JWH-018) illustrates that even analogues of a molecule may not have the same biological activity.

In summary, it has been demonstrated why UR-144, XLR11, AM2201, and MAM2201 are not analogues of JWH-018 under the Federal Analogue Act and an example of a compound was shown that is an analogue but does not bind to the CB1 receptor (Ki > 10,000 nM). It is important to note that many compounds with an indole nucleus, as part of the structure, have a number of different biological activities but having an indole as part of the structure does not make the compound an analogue and that even very close analogues may not have similar biological activities. I will be more than happy to expand on my comments and discuss in detail my rationale for these conclusions.

Sincerely,

James R. McCarthy, Ph.D.
Professor
Department of Chemistry and Chemical Biology
Indiana University Purdue University Indianapolis
402 N. Blackford St., LD 326
Indianapolis, IN 46202
317-274-3642 (office)
317-341-4696 (cell)

## References
1. Baker, C, H.; Banzon, J.; Bollinger, J. M.; Stubbe, J.; Samano, V.; Robins, M.J.; Lippert, B.; Jarvi, E.; Resvick, R. *J. Med. Chem.* 1991, **34**, 1879-1884.
2. Carrel, H.L.; et al *Science*, 1970,1170, 1412.
3. (a) Rosita, D.; DeWit, M. A.; Luyt, L. G. *J. Med. Chem.* 2009, **52**, 2196-2203. (b) Luyt, L. G. Private communication.
4. McCarthy, J. R.; Robins, R.K.; Robins, M. J. *J. Am. Soc.* 1968, **90**, 4993-4999.
5. McCarthy, J.R.;Jarvi, E.T.; Matthews, D.P.;Edwards, M.L.; Prakash, N.J.;Bowlin, T.L.; Mehdi, S.; Sunkara, P.S.; Bey, P. *J. Am. Chem. Soc.* 1989, **111**, 1127-1128.
6. Gordon, A. J. *J. Chem Educ.* 1967, **44**, 461-464.
7. Bender, D. M.; Peterson, J. A.; McCarthy, J. R.; Gunaydin, H.; Takano, Y.; Houk, K. N. *Org. Lett.* **2008, 10,** 509-511.
8. Wiley, J.L.; Compton, D.R.; Dal, D.; Lainton, J.A.H.; Phillips, M.; Huffman, J.W.; Martin, B.R. *J Pharm. Expt. Ther.* 1998, **285**, 995-1004.
9. De Sa Alves, F. R.; Barreiro, E.J.; Fraga, C.A.M. *Mini-Reviews in Med Chem.* 2009, **9**, 782-793.