UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    Plaintiff<br><br>v.<br><br>$2,200,000.00 U. S. CURRENCY (Bowles);<br><br>    Defendant.<br><br>―――――――――――――――――――<br><br>M&C WHOLESALE, LLC<br><br>    Claimant,<br><br>v.<br><br>UNITED STATES OF AMERICA<br><br>    Respondent. | SUPPLEMENTAL AUTHORITY<br><br>Case No.  1:12-cv-03501-ELH |

    Randall L. Skeen, counsel for Claimant, hereby submits the decision of the United States Court of Appeals for the Eleventh Circuit vacating the judgment entered in the case entitled <u>USA v. Timothy Hummell</u>, Case No. 8:12-mj-0457-TGW-1, filed in the U.S. District Court, Middle District of Florida.  The ruling vacated by the Eleventh Circuit of Appeals was cited on Page 13 of the Government's Response to Claimant's Motion to Dismiss.  Said District Court ruling has now been vacated and the Eleventh Circuit specifically entered an Order stating that the District

Court ruling shall have no precedential value.  A true and correct copy of said Order is attached hereto ass Exhibit "A".

    Respectfully submitted this 6th day of November, 2013.

>/s/ Randall L. Skeen
>Specially admitted Pro Hac Vice
>And appearing specially for
>   Claimant
>rkseen@skeenandrobinson.com
>COOK, SKEEN & ROBINSON, LLC
>5788 South 900 East
>Salt Lake City, Utah 84121
>Telephone:  (801) 266-7414
>Facsimile:   (801) 892-5067

CERTIFICATE OF SERVICE

    I hereby certify that on the 6th day of November, 2013, a true and correct copy of the foregoing Supplemental Authority was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing by e-mail to the following:

Evan T. Shea
Assistant United States Attorney
36 South Charles Street Fourth Floor
Baltimore MD 21201

William F. Feldman
451 Hungerford Dr  Ste 210
Rockville MD 20850

>/s/ Mary L. Ballingham
>SECRETARY