# EXHIBIT A

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 13-12115-BB

In Re:

    Seizure Warrant
of funds on deposit at Ameriprise Group
in certain accounts, at Pershing Investment
in certain accounts, at Morgan Keegan/Raymond
James in certain accounts, and at Capital One Bank .

UNITED STATES OF AMERICA,

                                                                                        Plaintiff-Appellee,

versus

SEIZURE WARRANT,
of funds on deposit at Ameriprise Group in certain accounts,
at Pershing Investment in certain accounts, at Morgan Keegan/Raymond
James in certain accounts, and at Capital One Bank ,

                                                                                         Defendant,

TIMOTHY HUMMEL,

                                                                                 Movant-Appellant.

Appeal from the United States District Court
for the Middle District of Florida

Before: MARCUS, MARTIN and JORDAN, Circuit Judges.

BY THE COURT:

       Appellant Timothy Hummel's September 5, 2013 Motion to Vacate Moot Order, which

we construe as a motion for reconsideration of our August 29, 2013 order dismissing this appeal,

is GRANTED to the extent that, consistent with our dismissal order and with *U.S. Bancorp Mortg. Co. v. Bonner Mall P'ship*, 513 U.S. 18, 115 S.Ct. 386, 130 L.Ed.2d 233 (1994), and *United States v. Munsingwear, Inc.*, 340 U.S. 36, 71 S.Ct. 104, 95 L.Ed. 36 (1950), we further clarify and express that the judgment of the district court is VACATED and can have no precedential value. *See Al Najjar v. Ashcroft*, 273 F.3d 1330, 1340-41 (11th Cir. 2001).